Argued and submitted June 3, affirmed July 7, 1999

## ROBERT KING, JR.,
*Appellant,*

*v.*

## S. Frank THOMPSON,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

(96C-14177; CA A100444)

987 P2d 528

Noel Grefenson argued the cause and filed the brief for appellant.

Rolf C. Moan, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

Affirmed. *Wallis v. Baldwin,* 152 Or App 295, 954 P2d 192, *rev den* 327 Or 174 (1998).